```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

        Plaintiff,

v.                                  Case No. 8:13-cv-2171-T-33AEP

PAUL STEELE, GRAHAM STEELE,
and DOROTHY MAE MURPHY-SMITH,

        Defendants.
_____/

## **ORDER**

This matter comes before the Court pursuant to Plaintiff Progressive American Insurance Company's Motions for Entry of Default Judgment as to Defendants Paul Steele and Graham Steele (Doc. ## 47, 48), which were filed on April 21, 2014. For the reasons that follow, the Court grants the Motions.

## **Discussion**

On August 22, 2013, Progressive filed this declaratory judgment action against Defendants Paul Steele, Graham Steele, and Dorothy Mae Murphy-Smith. (Doc. # 1). On August 27, 2013, Paul and Graham Steele were validly served with the summons and complaint. (Doc. ## 5, 6). Paul and Graham Steele failed to file a responsive pleading and have not otherwise appeared in this action. On September 19, 2013,

Progressive moved for a Clerk's entry of default as to Paul and Graham Steele. (Doc. ## 10, 11). The Clerk entered a default as to both Paul and Graham Steele pursuant to Federal Rule of Civil Procedure 55(a) on September 20, 2013. (Doc. ## 14, 15). Also on September 20, 2013, Murphy-Smith filed an answer to the complaint. (Doc. # 16).

"[C]ourts routinely withhold default judgments declaring that an insurance policy is inapplicable until the claims against the defendants who appear in the action are adjudicated." Global Aerospace, Inc. v. Platinum Jet Mgmt., LLC, No. 09-60756-CIV, 2009 WL 3400519, at *5 (S.D. Fla. 2009). On April 18, 2014, the Court entered an Order granting Progressive's motion for summary judgment as to Murphy-Smith (Doc. # 45), thus eliminating any obstacle to the entry of default judgment as to the two remaining Defendants in this matter: Paul and Graham Steele.

Accordingly, within the Court's Order granting Progressive's motion for summary judgment, the Court advised Progressive as follows:

> Although resolving a Motion for Final Default Judgment would have been inappropriate prior to the Court's ruling on the instant Motion for Summary Judgment as to the remaining Defendant, Murphy-Smith, the time has come for Progressive to proceed without delay in seeking final default judgment as to Defendants Paul Steele and Graham Steele. The

2

> Court accordingly directs Progressive to move for default judgment or alternatively to dismiss Defendants Paul Steele and Graham Steele within seven days of the date of this Order.

(Doc. # 45). Progressive thus promptly filed the instant Motions for Entry of Default Judgment as to Defendants Paul Steele and Graham Steele on April 21, 2014. (Doc. ## 47, 48).

Based on the well-pled allegations in the complaint, and for the same reasons detailed in the Court's Order on Progressive's motion for summary judgment (Doc. # 45), the Court finds that Progressive has established its entitlement to a declaratory judgment that (1) the relevant Personal Umbrella Policy does not provide bodily injury liability coverage to Paul Steele or Graham Steele as a result of the Accident, (2) Progressive has no duty to indemnify Paul Steele or Graham Steele under the Policy for any damages claimed by Murphy-Smith as a result of the Accident, and (3) should Murphy-Smith bring a lawsuit for her damages as a result of the Accident, Progressive has no duty under the Policy to defend Paul Steele or Graham Steele in that lawsuit. (Doc. # 1 at 5-6). Thus, the Court determines that Progressive's Motions for Entry of Default Judgment as to Defendants Paul Steele and Graham Steele are due to be granted and further

3

determines that a hearing on this matter is unnecessary. Accordingly, the Court directs the Clerk to enter a final default judgment in favor of Progressive and against Defendants Paul Steele and Graham Steele.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Plaintiff's Motion for Entry of Default Judgment (Doc. # 47) is **GRANTED** as to Defendant Graham Steele.

(2) Plaintiff's Motion for Entry of Default Judgment (Doc. # 48) is **GRANTED** as to Defendant Paul Steele.

(3) The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants Paul Steele and Graham Steele.

(4) The Clerk shall thereafter **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of April, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

4